UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NORBERTO ANDINO** : | |
|     **Plaintiff,** : | **CIVIL ACTION NO.** |
| : | **3:11-cv-01745(CSH)** |
| **v.** : | |
| : | |
| **COMMERCIAL RECOVERY SYSTEMS,** : | |
| **INC.** : | **APRIL 5, 2012** |
|     **Defendant.** : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Norberto Andino, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

    Plaintiff, Norberto Andino

    By/s/Daniel S. Blinn
    Daniel S. Blinn  (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 5th day of April, 2012, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/Daniel S. Blinn
    Daniel S. Blinn